# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 13-13361 (MFW) <br><br> **Re: Docket No. 38** |
| In re: <br><br> EVERGREEN DEFENSE & SECURITY SERVICES, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 13-13362 (MFW) <br><br> **Re: Docket No. 24** |
| In re: <br><br> EVERGREEN INTERNATIONAL AIRLINES, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 13-13363 (MFW) <br><br> **Re: Docket No. 33** |
| In re: <br><br> EVERGREEN INTERNATIONAL AVIATION, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 13-13364 (MFW) <br><br> **Re: Docket No. 30** |
| In re: <br><br> EVERGREEN SYSTEMS LOGISTICS, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 13-13365 (MFW) <br><br> **Re: Docket No. 24** |

| | |
|---|---|
| In re:<br><br>EVERGREEN TRADE, INC.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 13-13366 (MFW)<br><br>**Re: Docket No. 24** |
| In re:<br><br>SUPERTANKER SERVICES, INC.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 13-13367 (MFW)<br><br>**Re: Docket No. 24** |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the motion (the "Motion")[1] of Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estate of the above-captioned debtors (the "Debtors"), seeking entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 authorizing and directing the joint administration of the Debtors' related chapter 7 cases for procedural purposes only; the Court having reviewed the Motion; the Court finding that: (a) jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases for procedural purposes is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1; and (d) service and notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms not defined herein retain the meaning assigned to them in the Motion.

1.  The Motion is hereby GRANTED.

2.  The captioned chapter 7 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

3.  The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered |
|---|---|

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

4.  An entry shall be made on the docket of each of the Debtors' chapter 7 that is substantially similar to the following:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Evergreen International Aviation, Inc., Case No. 13-13364 (MFW) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Evergreen Aviation Ground Logistics

Enterprise, Inc., Case No. 13-13361 (MFW); Evergreen Defense & Security Services, Inc., Case No. 13-13362 (MFW); Evergreen International Airlines, Inc., Case No. 13-13363 (MFW); Evergreen Systems Logistics, Inc., Case No. 13-13365 (MFW); Evergreen Trade, Inc., Case No. 13-13366 (MFW); and Supertanker Services, Inc., Case No. 13-13367 (MFW).

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 7 cases.

6. This Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

Dated: Feb. 18, 2014

The Honorable Mary F. Walrath
United States Bankruptcy Judge