**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN INTERNATIONAL AIRLINES a/k/a EIA | § | Case No. 13-13363-MFW |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Clerk
824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 09/09/2026 in Courtroom 4, United States Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2026

By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: EVERGREEN INTERNATIONAL AIRLINES § Case No. 13-13363-MFW
a/k/a EIA §
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 412,208.94 |
| *and approved disbursements of:* | $ | 331,227.23 |
| *leaving a balance on hand of[1]:* | $ | 80,981.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NOTFILED | Wilmington Trust Bank, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Marquette Equipment Finance, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Bank, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Boeing Company | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Helifleet 2013-01, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| WF | Wells Fargo Bank, N.A. | 0.00 | 16,841.38 | 0.00 | 16,841.38 |
| 1 | City of Grapevine | 3,635.39 | 0.00 | 0.00 | 0.00 |
| 2 | City of Grapevine, Grapevine-Colleyville ISD | 13,882.42 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | City of Grapevine, Grapevine-Colleyville ISD | 13,882.42 | 0.00 | 0.00 | 0.00 |
| 4 | City of Grapevine | 3,635.39 | 0.00 | 0.00 | 0.00 |
| 26 | ACCURATE COLLECTION SERVICE, LLC, | 69,906.35 | 0.00 | 0.00 | 0.00 |
| 33 | Multnomah County - DART | 831.40 | 0.00 | 0.00 | 0.00 |
| 53 | Yamhill County Tax Collector | 37,356.48 | 0.00 | 0.00 | 0.00 |
| 57 | SOLANO COUNTY TAX COLLECTOR | 15,653.93 | 0.00 | 0.00 | 0.00 |
| 62S | Zuo Franklin Wang | 0.00 | 0.00 | 0.00 | 0.00 |
| 62S-2 | Zuo Franklin Wang | 16,177.84 | 0.00 | 0.00 | 0.00 |
| 64 | XL Specialty Insurance Company | 34,570.70 | 0.00 | 0.00 | 0.00 |
| 64 -2 | XL Specialty Insurance Company | 71,617.88 | 71,617.88 | 71,617.88 | 0.00 |
| 65 | County of San Bernardino | 511.47 | 0.00 | 0.00 | 0.00 |
| 66S | SC Department of Revenue | 897.67 | 0.00 | 0.00 | 0.00 |
| 124S | ARINC Incorporated | 41,300.00 | 0.00 | 0.00 | 0.00 |
| 164 | Banc of America Leasing Ireland Co., Limited, | 7,098,858.21 | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 165 | Wells Fargo Bank Northwest, National Association | 10,320,981.65 | 0.00 | 0.00 | 0.00 |
| 171 | MSN Air Service, Inc. | 29,714.40 | 0.00 | 0.00 | 0.00 |
| 178 | Wells Fargo Bank Northwest, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 180S | Koninklijke Luchtvaart Maatschappij N.V. | 1,200,000.00 | 0.00 | 0.00 | 0.00 |
| 191S | Taikoo (Xiamen) Aircraft Eng Co. LTD | 125,000.00 | 0.00 | 0.00 | 0.00 |
| 193 | Hellmann Worldwide Logistices, Inc. | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 194 | Hellman Worldwide Logistics (China) Ltd. | 1,500,000.00 | 0.00 | 0.00 | 0.00 |
| 195 | Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 195 -2 | Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 195 -3 | Marana Aerospace Solutions, Inc. | 3,344,978.00 | 0.00 | 0.00 | 0.00 |
| 211 | Harris County, et al. | 0.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 16,841.38 |
| Remaining balance: | $ | 64,140.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 23,860.45 | 0.00 | 23,860.45 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 209.39 | 0.00 | 209.39 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 57,116.08 | 53,143.21 | 3,972.87 |
| Bond Payments - International Sureties, Ltd | 1,243.25 | 1,243.25 | 0.00 |
| Administrative Rent - Hill Archive | 4,409.39 | 4,409.39 | 0.00 |
| Costs to Secure/Maintain Property - Marana Aerospace Solution, Inc. | 21,034.86 | 0.00 | 21,034.86 |
| Other Chapter 7 Administrative Expenses - Anchorage Capital Group, LLC | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Payroll Trust | 21,164.25 | 21,164.25 | 0.00 |
| Other Chapter 7 Administrative Expenses - Shanghai Wecan Freight Forwarding Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Raisner Roupinian, LLP | 5,500.00 | 0.00 | 5,500.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Tax Service, Inc. | 3,206.12 | 3,206.12 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian ** | 1,330.41 | 1,330.41 | 0.00 |
| Other Chapter 7 Administrative Expenses - Eternity Logistics Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - McMinnville Water and Light | 25,428.29 | 25,428.29 | 0.00 |
| Other Chapter 7 Administrative Expenses - Indy Truck & Equipment | 946.57 | 0.00 | 946.57 |
| Other Chapter 7 Administrative Expenses - Air Line Pilots Association International | 33,170.63 | 33,170.63 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 105,132.21 | 98,018.18 | 7,114.03 |
| Attorney for Trustee Fees (Other Firm) - ASK LLP | 2,810.73 | 2,810.73 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Fox Rothschild LLP | 1,500.16 | 0.00 | 1,500.16 |
| Attorney for Trustee Expenses (Other Firm) - ASK LLP | 710.06 | 710.06 | 0.00 |
| Other Professional's Fees - JNR Adjustment Company, Inc. | 1,000.00 | 1,000.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 64,140.33 |
| Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,892,423.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NOTFILED | TARRANT APPRAISAL DISTRICT BPP RENDITION PROCESSING | 0.00 | 0.00 | 0.00 |
| 7P | David R. Heath | 12,475.00 | 0.00 | 0.00 |
| 13P | Jeffrey B Dean | 6,538.46 | 0.00 | 0.00 |
| 14 | Steven M. Rivera | 0.00 | 0.00 | 0.00 |
| 14 -2 | Steven M. Rivera | 18,934.96 | 0.00 | 0.00 |
| 16 | Christopher Gaskins | 2,000.00 | 0.00 | 0.00 |
| 19 | John W. Duffy | 2,354.89 | 0.00 | 0.00 |
| 37P | Jeremy Williams | 12,475.00 | 0.00 | 0.00 |
| 48 | Patrick Larry Kilcullen | 206,215.66 | 0.00 | 0.00 |
| 49 | Mohammed Faraz Ahmed | 0.00 | 0.00 | 0.00 |
| 49 -2 | Mohammed Faraz Ahmed | 12,475.00 | 0.00 | 0.00 |
| 50P | NORMAND GUITE | 1,965.28 | 0.00 | 0.00 |
| 56P | William D Moody | 11,215.04 | 0.00 | 0.00 |
| 58 | Jonathan Miller | 2,116.80 | 0.00 | 0.00 |
| 62P | Zuo Franklin Wang | 0.00 | 0.00 | 0.00 |
| 62P-2 | Zuo Franklin Wang | 8,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 66P | SC Department of Revenue | 7,879.70 | 0.00 | 0.00 |
| 69 | Brian Murders | 1,001.25 | 0.00 | 0.00 |
| 70P | Steven Harp | 38,713.72 | 0.00 | 0.00 |
| 71 | Chipper Lee Carter | 34,092.00 | 0.00 | 0.00 |
| 73 | State of New York, Department of Labor | 1,050.44 | 0.00 | 0.00 |
| 82 | Arvin Li | 60,000.00 | 0.00 | 0.00 |
| 84 | Frischmuth Enterprises, LLC | 7,000.00 | 0.00 | 0.00 |
| 93 | Craig Thomas Hayes | 5,630.23 | 0.00 | 0.00 |
| 99 | Clinton Jeffrey | 9,152.64 | 0.00 | 0.00 |
| 101 | State of Minnesota, Department of Revenue | 1,716.00 | 0.00 | 0.00 |
| 104 | Steven Lum | 2,808.00 | 0.00 | 0.00 |
| 105 | Air Line Pilots Association International | 0.00 | 0.00 | 0.00 |
| 105 | Air Line Pilots Association International | 5,996,959.78 | 0.00 | 0.00 |
| 108 | Department of the Treasury | 144,227.94 | 0.00 | 0.00 |
| 112 | FASCO HR Services International | 59,301.37 | 0.00 | 0.00 |
| 113 | JOHN CLIFTON (CLIFF) HALE | 127,846.96 | 0.00 | 0.00 |
| 125 | EDWARD OJEDA OJEDA | 5,830.00 | 0.00 | 0.00 |
| 130 | GREGORY STEVEN SMITH | 2,774.62 | 0.00 | 0.00 |
| 131 | Franchise Tax Board | 821.96 | 0.00 | 0.00 |
| 133 | Tennessee Department of Revenue | 593.80 | 0.00 | 0.00 |
| 137P | Ohio Department of Taxation | 20,243.39 | 0.00 | 0.00 |
| 141 | SCOTT E HANSEN | 28,159.64 | 0.00 | 0.00 |
| 146P | Michigan Department of Treasury | 1,507.42 | 0.00 | 0.00 |
| 162 | Charles R. Anhut | 0.00 | 0.00 | 0.00 |
| 162 | Charles R. Anhut | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 162 -2 | Charles R. Anhut | 3,951.20 | 0.00 | 0.00 |
| 162 -2 | Charles R. Anhut | 536.01 | 0.00 | 0.00 |
| 200 | U. S. Department of Labor obo T. Perez | 23,103.83 | 0.00 | 0.00 |
| 202 | State of Nevada | 1,204.56 | 0.00 | 0.00 |
| 210 | Ohio Bureau of Workers Compensation | 1,099.06 | 0.00 | 0.00 |
| 211-2 | Harris County, et al. | 8,451.70 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $121,576,831.13 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Accountemps | 6,391.45 | 0.00 | 0.00 |
| 6 | Accountemps | 4,613.75 | 0.00 | 0.00 |
| 7U | David R. Heath | 927.08 | 0.00 | 0.00 |
| 8 | Danbee Aerospace, Inc | 1,178.40 | 0.00 | 0.00 |
| 9 | Flight Data Services, Inc. | 32,451.00 | 0.00 | 0.00 |
| 10 | CASH FLOW MANAGEMENT, INC. | 349,926.96 | 0.00 | 0.00 |
| 11 | Jim's Equipment Repair, LLC | 790.71 | 0.00 | 0.00 |
| 12 | L.J. WALCH COMPANY INC | 330.00 | 0.00 | 0.00 |
| 13U | Jeffrey B Dean | 1,883.09 | 0.00 | 0.00 |
| 15 | Satellite Specialized Transportation Inc | 133,478.45 | 0.00 | 0.00 |
| 17 | AVIATION AVIONICS AND INSTRUMENTS INC. | 39,507.48 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | SENTRY AEROSPACE CORPORATION | 40,526.25 | 0.00 | 0.00 |
| 20 | DARRIN RAY BRADSHAW | 1,600.00 | 0.00 | 0.00 |
| 21 | UNIVERSAL AVIONICS SYSTEMS | 18,020.08 | 0.00 | 0.00 |
| 22 | H6PLUS LLC | 5,611.67 | 0.00 | 0.00 |
| 23 | Andrew Hamilton Benedict | 2,975.47 | 0.00 | 0.00 |
| 24 | Avionicare Ltd | 1,926.15 | 0.00 | 0.00 |
| 25 | Airmark Components, Inc. | 155,488.00 | 0.00 | 0.00 |
| 29 | APPLIED AERODYNAMICS INC | 15,750.00 | 0.00 | 0.00 |
| 30 | Krown1 FZC | 376,836.32 | 0.00 | 0.00 |
| 31 | City of Austin Department of Aviation | 5,083.25 | 0.00 | 0.00 |
| 32 | Colt International, L.L.C. | 639,574.45 | 0.00 | 0.00 |
| 34 | Cody Barden Daniels & Palo, Inc. | 37,791.21 | 0.00 | 0.00 |
| 35 | AFEDERAL EXTERMINATING LTD | 5,620.00 | 0.00 | 0.00 |
| 36 | Lane Powell PC | 38,514.94 | 0.00 | 0.00 |
| 37U | Jeremy Williams | 29,216.74 | 0.00 | 0.00 |
| 38 | GENUINE PARTS COMPANY | 22,984.09 | 0.00 | 0.00 |
| 39 | AIR CHINA CARGO | 49,257.30 | 0.00 | 0.00 |
| 40 | LUMINATOR HOLDING LP | 9,633.34 | 0.00 | 0.00 |
| 41 | Ceva Logistics | 8,500.00 | 0.00 | 0.00 |
| 42 | Insight Direct USA, Inc. | 25,805.81 | 0.00 | 0.00 |
| 43 | EDWARD OPPLER | 18,245.00 | 0.00 | 0.00 |
| 44 | Delta Airlines, Inc. | 384,726.11 | 0.00 | 0.00 |
| 45 | ALX CARGO CENTER IAH LLC | 12,953.57 | 0.00 | 0.00 |
| 46 | City of Philadelphia Dept. of Commerce, Aviation | 4,206.27 | 0.00 | 0.00 |
| 47 | Logistics Unlimited, Inc | 64,584.38 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 49 -2 | Mohammed Faraz Ahmed | 8,453.61 | 0.00 | 0.00 |
| 50U | NORMAND GUITE | 9,000.00 | 0.00 | 0.00 |
| 51 | Miami Dade County Aviation Department | 0.00 | 0.00 | 0.00 |
| 51 -2 | Miami Dade County Aviation Department | 5,089.17 | 0.00 | 0.00 |
| 52 | Kentucky Department of Revenue | 1,232.60 | 0.00 | 0.00 |
| 54 | W W Grainger Inc | 9,637.89 | 0.00 | 0.00 |
| 55 | UKAS FZC | 0.00 | 0.00 | 0.00 |
| 55 -2 | UKAS FZC | 6,194,929.46 | 0.00 | 0.00 |
| 56U | William D Moody | 225.42 | 0.00 | 0.00 |
| 59 | Syndie Rider | 10,577.13 | 0.00 | 0.00 |
| 60 | ATI Aviation Services LLC | 44,514.84 | 0.00 | 0.00 |
| 61 | NORTHEAST AERO COMPRESSOR CORP | 22,838.44 | 0.00 | 0.00 |
| 63 | Columbus Regional Airport Authority | 11,403.90 | 0.00 | 0.00 |
| 67 | Port of Seattle | 33,039.56 | 0.00 | 0.00 |
| 68 | International Air Transport Association | 57,572.67 | 0.00 | 0.00 |
| 70U | Steven Harp | 3,386.10 | 0.00 | 0.00 |
| 72 | CONNEXUS AIR | 187,677.20 | 0.00 | 0.00 |
| 74 | Safe Fuel Systems | 25,711.00 | 0.00 | 0.00 |
| 75 | JS INTERNATIONAL SHIPPING CORP., ETC. | 67,946.97 | 0.00 | 0.00 |
| 76 | ACCOUNTEMPS | 11,751.44 | 0.00 | 0.00 |
| 77 | Kalitta Air, L.L.C. | 50,817.26 | 0.00 | 0.00 |
| 78 | DAMMELL LAW PLLC | 2,490.00 | 0.00 | 0.00 |
| 79 | Bob Soelberg | 60,096.35 | 0.00 | 0.00 |
| 80 | GU MING | 34,912.17 | 0.00 | 0.00 |
| 81 | Arvin Li | 0.00 | 0.00 | 0.00 |
| 81 -2 | Safe Fuel Systems | 22,621.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 83 | The Boeing Company - Boeing Commercial Airplanes | 1,046,591.00 | 0.00 | 0.00 |
| 85 | Frischmuth Enterprises, LLC | 44,455.19 | 0.00 | 0.00 |
| 86 | MOHAMMED FARAZ AHMED | 90,478.28 | 0.00 | 0.00 |
| 87 | SONICO INC | 1,842.69 | 0.00 | 0.00 |
| 88 | JUN HE LAW OFFICES-SHANGHAI | 27,780.10 | 0.00 | 0.00 |
| 89 | Air Charter Service Group Plc | 75,000.00 | 0.00 | 0.00 |
| 90 | Markus Feldmann d/b/a AirCargoSpecialists | 10,219.00 | 0.00 | 0.00 |
| 91 | VanderHouwen & Associates, Inc. | 46,952.74 | 0.00 | 0.00 |
| 92 | Ceridian | 1,118.55 | 0.00 | 0.00 |
| 94 | Thomas O. Parsons | 26,450.00 | 0.00 | 0.00 |
| 95 | Louis Milton Driever, Jr. | 713.73 | 0.00 | 0.00 |
| 96 | Texas Pneumatic Systems, Inc. | 0.00 | 0.00 | 0.00 |
| 96 -2 | Texas Pneumatic Systems, Inc. | 39,260.52 | 0.00 | 0.00 |
| 97 | Global Logistics & Forwarding, B.V. | 24,898.05 | 0.00 | 0.00 |
| 98 | Chep Aerospace Solutions AG | 0.00 | 0.00 | 0.00 |
| 98 -2 | Chep Aerospace Solutions AG | 72,659.31 | 0.00 | 0.00 |
| 100 | WA SANG CHAN | 24,860.00 | 0.00 | 0.00 |
| 102 | SHOWA AIRCRAFT INDUSTRY CO., LTD. | 121,365.00 | 0.00 | 0.00 |
| 103 | JSC CDOS CA Aerotrans | 100,600.02 | 0.00 | 0.00 |
| 106 | City of Chicago | 411,525.55 | 0.00 | 0.00 |
| 107 | Hong Kong Air Cargo Terminals Limited | 351,247.34 | 0.00 | 0.00 |
| 109 | Japan Aviation Service Co. Ltd | 3,500.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 110 | Hadid International Services FZE | 6,371.50 | 0.00 | 0.00 |
| 111 | FAUNA & FLORA CUSTOMHOUSE | 184,000.00 | 0.00 | 0.00 |
| 114U | Eternity Logistics Co., Ltd. | 265,967.57 | 0.00 | 0.00 |
| 115 | City of Atlanta, Department of Aviation | 62,279.93 | 0.00 | 0.00 |
| 116 | JET-MODS INC | 77,182.50 | 0.00 | 0.00 |
| 117 | McAfee & Taft | 2,675.18 | 0.00 | 0.00 |
| 118 | Shanghai Wecan Freight Forwarding Co., Ltd. | 546,517.24 | 0.00 | 0.00 |
| 119 | AIR-PRO LLC | 25,410.50 | 0.00 | 0.00 |
| 120 | AMERICAN COMPOSITES LLC | 47,887.00 | 0.00 | 0.00 |
| 121 | AERO TECHNOLOGIES | 1,500.00 | 0.00 | 0.00 |
| 122 | FLITE COMPONENTS LLC | 43,650.00 | 0.00 | 0.00 |
| 123 | EuroControl - Central | 281,814.89 | 0.00 | 0.00 |
| 124U | ARINC Incorporated | 7,524.97 | 0.00 | 0.00 |
| 126 | United Airlines, Inc. | 172,513.58 | 0.00 | 0.00 |
| 127 | WORLD COURIER, INC., ETC. | 16,212.36 | 0.00 | 0.00 |
| 128 | ST AEROSPACE SERVICES CO. PTE, LTD. | 3,614,632.16 | 0.00 | 0.00 |
| 129 | ST Aerospace Mobile, Inc. | 3,614,632.16 | 0.00 | 0.00 |
| 132 | Sacramento County Tax Collector | 6,570.98 | 0.00 | 0.00 |
| 134 | World Fuel Services | 9,048,284.65 | 0.00 | 0.00 |
| 135 | AIRPORT AUTHORITY HONG KONG | 90,315.28 | 0.00 | 0.00 |
| 136 | Shanghai Eastern Logistics Co.,Ltd. | 261,484.69 | 0.00 | 0.00 |
| 137U | Ohio Department of Taxation | 3,430.32 | 0.00 | 0.00 |
| 138 | City of Houston, Texas | 74,624.27 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 139 | State of New Jersey Div of Tax | 1,000.00 | 0.00 | 0.00 |
| 140 | Wells Fargo Bank Northwest | 0.00 | 0.00 | 0.00 |
| 140 -2 | Wells Fargo Bank Northwest | 0.00 | 0.00 | 0.00 |
| 140 -3 | Wells Fargo Bank Northwest | 17,805,279.30 | 0.00 | 0.00 |
| 142 | Aero Snow Removal Corp. | 42,827.08 | 0.00 | 0.00 |
| 143 | City and County of Denver/Treasury | 316,222.95 | 0.00 | 0.00 |
| 144 | Missouri Department of Revenue | 2,096.60 | 0.00 | 0.00 |
| 145 | Sichuan Province Airport Group (SPAG) | 7,518.25 | 0.00 | 0.00 |
| 146U | Michigan Department of Treasury | 112.73 | 0.00 | 0.00 |
| 147 | The QUBE Hotel | 9,477.28 | 0.00 | 0.00 |
| 148 | The QUBE Pudong | 9,477.28 | 0.00 | 0.00 |
| 149 | Shanghai International Airport Co. Ltd | 1,347,974.55 | 0.00 | 0.00 |
| 150 | GHS Aviation Group, LLC | 8,766.23 | 0.00 | 0.00 |
| 151 | ARIZONA OFFICE TECHNOLOGIES | 1,137.35 | 0.00 | 0.00 |
| 152 | Bridgestone Aircraft Tire USA, Inc. | 72,991.20 | 0.00 | 0.00 |
| 153 | Hennigan Dorman LLP | 552,006.25 | 0.00 | 0.00 |
| 154 | International Air Cargo Terminal Co., Ltd. | 0.00 | 0.00 | 0.00 |
| 154 -2 | International Air Cargo Terminal Co., Ltd. | 199,944.18 | 0.00 | 0.00 |
| 155 | SKYPORT SERVICE CORPORATION | 533,581.33 | 0.00 | 0.00 |
| 156 | Signature Flight Support Corporation | 1,775.83 | 0.00 | 0.00 |
| 157 | Aircraft Service International, Inc. | 27,075.69 | 0.00 | 0.00 |
| 158 | Squire Sanders (US) LLP | 22,470.01 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 159 | UNITED AVIATION SERVICES HDQ | 51,592.38 | 0.00 | 0.00 |
| 160 | McKool Smith Hennigan, P.C. | 203,656.52 | 0.00 | 0.00 |
| 161 | AIR PARTNER PLC | 204,377.13 | 0.00 | 0.00 |
| 162 | Charles R. Anhut | 0.00 | 0.00 | 0.00 |
| 162 -2 | Charles R. Anhut | 4,346.32 | 0.00 | 0.00 |
| 163 | Ball Corporation | 29,036.00 | 0.00 | 0.00 |
| 166 | General Electric Capital Corporation | 1,454,241.65 | 0.00 | 0.00 |
| 167 | Qwest Corporation dba CenturyLink QC | 1,731.17 | 0.00 | 0.00 |
| 168 | AT&T Mobility II LLC | 14,594.35 | 0.00 | 0.00 |
| 169 | SOA/DOT&PF - Ted Stevens Anchorage Int'l Airport | 889,671.47 | 0.00 | 0.00 |
| 170 | AIR TRENDS CORP | 90,478.28 | 0.00 | 0.00 |
| 172 | The QUBE Pudong | 9,477.28 | 0.00 | 0.00 |
| 173 | The Qube, Pudong | 9,477.28 | 0.00 | 0.00 |
| 174 | BellSouth Telecommmunications, Inc. | 0.00 | 0.00 | 0.00 |
| 174 -2 | BellSouth Telecommmunications, Inc. | 430.08 | 0.00 | 0.00 |
| 175 | Southwestern Bell Telephone Company | 802.77 | 0.00 | 0.00 |
| 176 | Pacific Bell Telephone Company | 0.00 | 0.00 | 0.00 |
| 176 -2 | Pacific Bell Telephone Company | 2,750.18 | 0.00 | 0.00 |
| 176 -3 | Pacific Bell Telephone Company | 0.00 | 0.00 | 0.00 |
| 177 | International Air Transport Association | 541,457.98 | 0.00 | 0.00 |
| 179 | Lufthansa Technik AG | 207,153.00 | 0.00 | 0.00 |
| 180U | Koninklijke Luchtvaart Maatschappij N.V. | 8,164,997.47 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 181 | Pillsbury Winthrop Shaw Pittman LLP | 76,019.60 | 0.00 | 0.00 |
| 182 | Avion Aircraft Trading ehf | 6,117,900.00 | 0.00 | 0.00 |
| 183 | Saudi Arabian Airlines | 0.00 | 0.00 | 0.00 |
| 183 -2 | Saudi Arabian Airlines | 0.00 | 0.00 | 0.00 |
| 183 -3 | Saudi Arabian Airlines | 1,240,326.30 | 0.00 | 0.00 |
| 184 | Sunrise One Operating, LLC | 502.29 | 0.00 | 0.00 |
| 185 | Sunrise One, LLC | 6,667.72 | 0.00 | 0.00 |
| 186 | Five Towns Motor Inn, Inc. | 748,736.07 | 0.00 | 0.00 |
| 187 | AAR Parts Trading, Inc. | 236,492.74 | 0.00 | 0.00 |
| 188 | AAR Landing Gear Services | 3,650.00 | 0.00 | 0.00 |
| 189 | STOEL RIVES LLP | 48,927.50 | 0.00 | 0.00 |
| 190 | Westchester Fire Insurance Company | 8,000.00 | 0.00 | 0.00 |
| 191U | Taikoo (Xiamen) Aircraft Eng Co. LTD | 6,499,636.08 | 0.00 | 0.00 |
| 192 | Ventures Acquisition Co., LLC | 6,533,792.89 | 0.00 | 0.00 |
| 195 | Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| 195 -2 | Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| 195 -3 | Marana Aerospace Solutions, Inc. | 25,314,843.00 | 0.00 | 0.00 |
| 196 | HOUTHOFF BURUMA | 20,173.51 | 0.00 | 0.00 |
| 197 | RCS Logistics (Shanghai) Co., Ltd. | 302,926.67 | 0.00 | 0.00 |
| 204 | Department of Defense | 9,658,553.49 | 0.00 | 0.00 |
| 205 | U.S. Customs and Border Protection | 0.00 | 0.00 | 0.00 |
| 206 | United States Department of Agriculture | 16,121.12 | 0.00 | 0.00 |
| 207 | United States Department of Transportation | 1,501,725.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $86,082,611.08 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 198 | Pratt & Whitney Engine Leasing | 7,598,643.00 | 0.00 | 0.00 |
| 199 | Dover Engineered Systems, Inc. | 87,644.24 | 0.00 | 0.00 |
| 201 | FedEx Custom Critical | 7,622.01 | 0.00 | 0.00 |
| 203 | Columbia Properties Anchorage, L.P. | 91,469.67 | 0.00 | 0.00 |
| 208 | Wexler & Wexler Public Policy Associates | 46,076.58 | 0.00 | 0.00 |
| 209 | Wexler & Walker Public Policy Associates | 46,076.58 | 0.00 | 0.00 |
| 213 | Safe Fuel Systems, Inc. | 0.00 | 0.00 | 0.00 |
| 213 -2 | Safe Fuel Systems, Inc. | 22,621.00 | 0.00 | 0.00 |
| 214 | Director General, Japan Civil Aviation Breau, MLIT | 78,182,458.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.